NOT FOR PUBLICATION

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

SEP 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ROCKY FUJIO TAKUSHI,<br>**individually and as Trustee of The Albert G. Takushi Revocable Living Trust dated April 11, 2007**,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**BAC HOME LOANS SERVICING, LP, a Texas limited partnership; DOES, 1-50**,<br><br>Defendants - Appellees. | No. 12-15211<br><br>D.C. No. 1:11-cv-00189-LEK-KSC<br><br><br>**ORDER** |

Before:    **KOZINSKI**, **CLIFTON** and **WATFORD**, Circuit Judges.

In light of the parties' stipulated agreement to dismiss this appeal, the above-captioned case is **DISMISSED**.  This order shall serve as the court's mandate.